UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>            Plaintiff,<br><br>    v.<br><br>M. CASTRO,<br><br>            Defendant.<br>_____/ | CASE NO.   1:09-cv-1545-AWI-MJS (PC)<br><br>ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 2) |

Plaintiff Michael ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Request for Settlement Conference with Attorney General [ECF No. 2]. Plaintiff alleges that a settlement conference would save "research time, paperwork, and other litigation in this matter." Plaintiff asks the Court to arrange a settlement conference between him and the Attorney General.

The Court notes that the above-captioned action is at a very early stage in the litigation process. Plaintiff has not been granted leave to proceed in forma pauperis and has yet to pay his filing fee. The Court has not yet screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a). Thus, the Complaint has not been served and no Defendant has appeared. A settlement conference would not be appropriate at this stage in the litigation.

///

///

///

1  Accordingly, Plaintiff's Request for Settlement Conference with Attorney General
2  [ECF No. 2] is DENIED without prejudice to Plaintiff re-raising the request at a later stage
3  in this litigation.

7  IT IS SO ORDERED.

8  Dated:   July 23, 2010             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE