UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. CASTRO,<br>　　　　　Defendant.<br>_____/ | CASE NO.　　1:09-cv-1545-AWI-MJS (PC)<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 7) |

　　　　Plaintiff Michael Gonzales, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2010, the Court issued an order finding that Plaintiff was precluded from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g) and ordering Plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that if he failed to pay the filing fee, this action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

　　　　A civil action may not proceed absent the submission of either the filing fee or the grant of in forma pauperis status. 28 U.S.C. §§ 1914, 1915. Because Plaintiff is not entitled to proceed in forma pauperis and has not paid the filing fee, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 11-110.

　　　　Accordingly, this action is DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(g) and Local Rule 11-110.

IT IS SO ORDERED.

Dated:　　October 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE